ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 2 2 2026

Kevin P. Weimer, Clerk
By: *[signature]* Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Information |
| v. | No. 1:26-CR-00035 |
| ELIJAH EVANS | Under Seal |

THE UNITED STATES ATTORNEY CHARGES THAT:

1. Beginning on a date unknown, but at least by on or about May 14, 2023, continuing through on or about August 11, 2024, in the Northern District of Georgia and elsewhere, the defendant, ELIJAH EVANS, and others known and unknown to the United States Attorney, knowingly and willfully conspired, agreed, and had a tacit understanding with one another to knowingly make false and fictitious written statements to licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, in connection with the acquisition and attempted acquisition of firearms, which statements were intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of the sale and other disposition of said firearms under Chapter 44, Title 18, United States Code, in violation of Title 18, United States Code, Section 922(a)(6).

### Manner and Means of the Conspiracy

2.  As part of the conspiracy, ELIJAH EVANS purchased firearms from various federally licensed firearms dealers in the Northern District of Georgia.  In purchasing the firearms, EVANS made false statements to the federally licensed firearms dealers, in that he falsely stated on an ATF Form 4473 that he was the actual buyer of said firearms, when, as he then knew, he was not the true purchaser of the firearms.  Instead, EVANS was purchasing the firearms for, and at the direction of, co-conspirators.

3.  ATF Form 4473 is the official firearms transaction record for intrastate, over-the-counter sales and disposition of firearms, which must be maintained by federally licensed firearms dealers.

4.  Specifically, as part of the conspiracy, EVANS communicated with his co-conspirators who would direct him to purchase firearms of a particular make and model.

5.  EVANS's co-conspirators would provide him with cash or electronically transferred funds for the purchase of the firearms he was or would be directed to purchase.  This included occasions where a co-conspirator would direct EVANS to log into a third-party bank account and use funds derived from the deposit of fraudulent checks to purchase the firearms.

6.  EVANS was paid approximately $100-$200 for each firearm that he purchased.

2

7. Different co-conspirators would drive EVANS to and from various federally licensed firearms dealers in the Northern District of Georgia to make the purchases.

8. After purchasing the firearms, EVANS would transfer the firearms to co-conspirators who would then transport the firearms from the Northern District of Georgia to the Maryland and/or Washington, D.C. area. Conspirators would also store the firearms at a conspirator's residence in Georgia to facilitate the future transport of the firearms to the Maryland and/or Washington, D.C. area.

**Overt Acts**

9. In furtherance of the conspiracy, and to effect its purpose and objectives, EVANS knowingly purchased, on or about the dates alleged in Column A below, the corresponding firearm(s) identified in Column B below, from the corresponding federally licensed firearms dealer in the Northern District of Georgia identified in Column C below.

| Column A | Column B | Column C |
|---|---|---|
| Date | Federally Licensed Firearms Dealer | Firearm(s) |
| 5/14/2023 | Range, Guns & Safes LLC | - Taurus G2C 9 mm pistol<br>- Glock 29SF 10 mm pistol |
| 5/16/2023 | Stoddard's Range & Guns | - Glock 26 GEN 5 9 mm pistol<br>- Glock 29 GEN 4 10 mm pistol<br>- Glock 19X 9 mm pistol |

| 5/19/2023 | Moss Pawn LLC | - Romarm/CAI Micro Draco 7.62 x 39 mm pistol<br>- Taurus PT111G2 9 mm pistol |
|---|---|---|
| 6/2/2023 | Moss Pawn LLC | - Taurus G2C 9 mm pistol |
| 7/24/2023 | Arrowhead Pawn | - Glock 22 GEN 3 .40 S&W caliber pistol<br>- Taurus G2C 9 mm pistol |
| 8/7/2023 | Arrowhead Pawn | - Glock 23 GEN 5 .40 S&W caliber pistol |
| 8/9/2023 | Arrowhead Pawn | - Glock 29 GEN 4 10 mm pistol |
| 8/18/2023 | Moss Pawn LLC | - Romarm/Cugir Micro Draco 7.62 x 39 mm pistol |
| 8/19/2023 | Range, Guns & Safes LLC | - Taurus G2C 9 mm pistol<br>- Taurus G2C 9 mm pistol |
| 9/10/2023 | Range, Guns & Safes LLC | - Glock 32 .357 caliber sig pistol<br>- Glock 33 GEN 4 .357 caliber sig pistol<br>- Glock 27 .40 S&W caliber pistol |
| 9/10/2023 | Mainstreet Guns and Range | - Glock 29 10 mm pistol |
| 9/28/2023 | Ed's Public Safety | - Glock 17 GEN 4 9 mm pistol<br>- Glock 17 GEN 4 9 mm pistol |
| 10/5/2023 | Arrowhead Pawn | - Taurus G3C 9mm pistol<br>- Taurus PT111G2 9 mm pistol |
| 10/5/2023 | Ed's Public Safety | - Glock 27 GEN 3 .40 caliber pistol |

4

| | | |
|---|---|---|
| | | - Taurus G2C 9 mm pistol<br>- Glock 21 GEN 4 .45 ACP caliber pistol |
| 10/5/2023 | Range, Guns & Safes LLC | - Glock 30S GEN 3 .45 ACP caliber pistol |
| 10/11/2023 | Ed's Public Safety | - Glock 17 GEN 4 9 mm pistol |
| 10/21/2023 | AmChar Georgia | - Glock 27 G27 GEN 5 .40 S&W caliber pistol<br>- Glock 29 G29SF 10 mm pistol |
| 10/21/2023 | Ed's Public Safety | - Glock 22 .40 caliber pistol<br>- Glock 23 GEN 4 .40 caliber pistol |
| 10/21/2023 | Moss Pawn LLC | - Romarm/CAI Micro Draco 7.62 x 39 mm pistol |
| 10/21/2023 | Shots Fired Indoor Gun Range | - Century Arms Micro Draco 7.62 x 39 mm pistol |
| 10/31/2023 | Ed's Public Safety | - Glock 17 GEN 4 9 mm pistol |
| 11/11/2023 | AmChar Georgia | - Taurus G2S HGA 9 mm pistol<br>- Taurus G2S HGA 9 mm pistol<br>- Taurus G2C 9 mm pistol |
| 11/11/2023 | Arrowhead Pawn | - Century Arms Mini Draco 7.62 x 39 mm pistol |
| 11/11/2023 | Ed's Public Safety | - Glock 26 GEN 5 9 mm pistol<br>- Glock 17 GEN 4 9 mm pistol<br>- Glock 23 GEN 4 .40 caliber pistol |

| 11/11/2023 | Range, Guns & Safes LLC | - Century Arms Micro Draco 7.62 x 39 mm pistol |
|---|---|---|
| 12/8/2023 | AmChar Georgia | - Glock 26 GEN 5 9 mm pistol<br>- Glock 27 GEN 5 .40 S&W caliber pistol |
| 12/8/2023 | Ed's Public Safety | - Glock 27 GEN 4 .40 caliber pistol<br>- Glock 23 GEN 4 .40 caliber pistol |
| 12/20/2023 | Arrowhead Pawn | - Glock 27 GEN 5 .40 caliber pistol |
| 12/21/2023 | Ed's Public Safety | - Glock 27 GEN 3 .40 caliber pistol |
| 12/21/2023 | Range, Guns & Safes LLC | - Glock 22 .40 S&W caliber pistol |
| 1/8/2024 | Shots Fired Indoor Gun Range | - Century Arms Micro Draco 7.62 x 39 mm pistol<br>- Glock 27 .40 S&W caliber pistol |
| 1/8/2024 | Arrowhead Pawn | - ATI Omni Hybrid 5.56 mm pistol |
| 3/17/2024 | E Pawn – Jonesboro, GA | - Glock 22 .40 caliber pistol |
| 3/19/2024 | Candler Rd. Pawn & Gun Shop | - Taurus PT140G2 .40 caliber pistol<br>- Taurus PT111G2A 9 mm pistol |
| 4/20/2024 | E Pawn – Stockbridge, GA | - Taurus G2C 9 mm pistol |
| 4/20/2024 | Ed's Public Safety | - Glock 43X 9 mm pistol<br>- Glock 35 GEN 4 .40 caliber pistol |

| 4/20/2024 | Range, Guns & Safes LLC | - Glock 27 .40 S&W caliber pistol<br>- Century Arms Micro Draco 7.62 x 39 mm pistol |
|---|---|---|
| 4/28/2024 | Range, Guns & Safes LLC | - Glock 22X GEN 3 .40 S&W caliber pistol |
| 6/6/2024 | Range, Guns & Safes LLC | - Glock 27 .40 S&W caliber pistol<br>- Glock 33 GEN 4 .357 SIG caliber pistol |
| 6/7/2024 | Academy Sports + Outdoors – Conyers, GA | - Glock 23 GEN 5 .40 S&W caliber pistol |
| 6/8/2024 | Ed's Public Safety | - Glock 26 GEN 5 9 mm pistol<br>- Glock 29 GEN 4 10 mm pistol |
| 6/20/2024 | Moss Pawn LLC | - ATI Omni Hybrid 5.56 mm pistol |
| 7/9/2024 | Range, Guns & Safes LLC | - Glock 45 .45 caliber pistol |
| 8/11/2024 | Range, Guns & Safes LLC | - Glock 23 GEN 5 .40 S&W caliber pistol |

All in violation of Title 18, United States Code, Section 371.

**Forfeiture**

Upon conviction of the offense alleged in Count One of the Information, the defendant, ELIJAH EVANS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

7

2461(c), all firearms and ammunition involved in or used in the commission of the offense.

If, any of the property subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the forfeitable property.

THEODORE S. HERTZBERG
  *United States Attorney*

CATHELYNN TIO
  *Assistant United States Attorney*
Georgia Bar No. 814519

MATTHEW CARRICO
  *Assistant United States Attorney*
Georgia Bar No. 538608

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

9